IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP CHARVAT and KEN JOHANSEN,

    Plaintiffs,

v.

NATIONAL GUARDIAN LIFE INSURANCE COMPANY, PRESERVING DIGNITY, and REID LOCKHART,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  15-cv-43-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered approving the parties' settlement agreement.

| | |
|---|---|
| s/ J. Smith, Deputy Clerk | 8/04/2016 |
| Peter Oppeneer, Clerk of Court | Date |